UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| STATE OF OHIO *ex rel.* DAVE YOST, Attorney General of the State of Ohio,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC,<br><br>*Defendant.* | Case No.:  3:25-cv-00160<br><br>Hon. Thomas M. Rose<br><br>Hon. Caroline H. Gentry |

**PLAINTIFF STATE OF OHIO'S MOTION TO STRIKE
DEFENDANT UNITED WHOLESALE MORTGAGE, LLC'S SURREPLY**

Plaintiff, the State of Ohio, through the Ohio Attorney General Dave Yost, respectfully submits this motion to strike the proposed surreply filed by Defendant United Wholesale Mortgage, LLC, Doc. 26-1, because there is not good cause for the filing of the surreply.

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: August 29, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ *Melissa Wright* by s/ *Eric Palmer* per email authorization

**OFFICE OF THE ATTORNEY GENERAL OF OHIO**
Melissa Wright (Ohio Bar No. 77843)
Section Chief, Consumer Protection Section
30 East Broad Street
Columbus, OH 43215
Tel.: (614) 466-8169
Melissa.Wright@OhioAGO.gov

**BOIES SCHILLER FLEXNER LLP**
Jesse Panuccio
Eric Palmer (Ohio Bar No. 99742)
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel.: (954) 356-0011
jpanuccio@bsfllp.com
epalmer@bsfllp.com

John T. Zach
Marc Ayala
55 Hudson Yards
New York, New York 10001
Tel.: (212) 446-2300
jzach@bsfllp.com
mayala@bsfllp.com

Tyler Ulrich
100 SE Second Street, Suite 2800
Miami, Florida 33131
Tel.: (305) 357-8422
tulrich@bsfllp.com

*Counsel for Plaintiff State of Ohio*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, a copy of the foregoing was served on the following via CM/ECF:

**JONES DAY**
Jeffrey J. Jones
Michael R. Gladman
Brandy Hutton Ranjan
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215
Phone:  (614) 469-3939
jjjones@jonesday.com
mrgladman@jonesday.com
branjan@jonesday.com

*Counsel for Defendant United Wholesale Mortgage, LLC*


    s/ *Eric Palmer*
    Eric Palmer