No. 25-0308

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Dec 3, 2025
KELLY L. STEPHENS, Clerk

In re: UNITED WHOLESALE MORTGAGE, LLC,

    Petitioner.

Before: BOGGS, SILER, and KETHLEDGE, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Southern District of Ohio at Dayton.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the petition for permission to appeal is DENIED, and that this matter is DISMISSED.

    ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk